UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN LAI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R. J. BONFIELD,<br><br>　　　　　　　Defendants. | NO. 07-06259<br><br>**NOTICE OF VOLUNTARY WITHDRAW** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Jean Lai hereby voluntarily dismissed the above-captioned action without prejudice.

Dated: September 5, 2007　　　　　　　　**BRODSKY & SMITH, LLC**

　　　　　　　　　　　　　　　　　　　　By:*/s Evan J. Smith, Esquire (ES3254)*
　　　　　　　　　　　　　　　　　　　　Evan J. Smith, Esquire (ES 3254)
　　　　　　　　　　　　　　　　　　　　240 Mineola Boulevard
　　　　　　　　　　　　　　　　　　　　Mineola, NY 11501
　　　　　　　　　　　　　　　　　　　　(516) 741-4977
　　　　　　　　　　　　　　　　　　　　(516) 741-0626 (fax)

　　　　　　　　　　　　　　　　　　　　**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
　　　　　　　　　　　　　　　　　　　　Richard A. Maniskas
　　　　　　　　　　　　　　　　　　　　D. Seamus Kaskela
　　　　　　　　　　　　　　　　　　　　280 King of Prussia Rd.
　　　　　　　　　　　　　　　　　　　　Radnor, PA 19087
　　　　　　　　　　　　　　　　　　　　(610) 667-7706
　　　　　　　　　　　　　　　　　　　　(610) 667-7056 (fax)

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Jean Lai*

## **PROOF OF MAILING**

      I Evan J. Smith, Esquire hereby certify that I am over the age of eighteen and not a party to this action and that I electronically filed this document pursuant to the SDNY local rules for ECF filing this 5th day of September, 2007.

                                                           By: s/ *Evan J. Smith, Esquire (ES3254)*
                                                             Evan J. Smith, Esquire (ES3254)