UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2007
```

JEAN LAI, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

BRISTOL-MYERS SQUIBB COMPANY, PETER R. DOLAN, and ANDREW R. J. BONFIELD,

        Defendants.

NO. 07-06259

NOTICE OF VOLUNTARY WITHDRAW

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Jean Lai hereby voluntarily dismissed the above-captioned action without prejudice.

Dated: September 5, 2007

BRODSKY & SMITH, LLC

By:/s Evan J. Smith, Esquire (ES3254)
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (fax)

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Rd.
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)

*Attorneys for Plaintiff Jean Lai*

SO ORDERED: SEP 0 5 2007

_/s/ Paul A. Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

1